

# IN THE
## TENTH COURT OF APPEALS

### No. 10-11-00093-CR

**MAURICE WAYNE BULLOCKS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 10-05527-CRM-CCL1

## MEMORANDUM OPINION

Maurice Wayne Bullocks appealed his conviction for driving while intoxicated, a second offense. A motion to dismiss the appeal has now been filed. Bullocks personally signed the motion to dismiss.

Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 13, 2011
Do not publish
[CR25]